THE PEOPLE OF THE STATE OF NEW YORK ex rel. GRACE A. GELTNER, Appellant, v. LORETTA CAVANAGH, Respondent.— Order of April 12, 1930, modified by inserting therein a provision giving the relator the right of visitation once a week and the custody of the child for half a day on one Saturday in each month when the child is in the city, but withholding the right of visitation when the child is on vacation in the summer; hours and time of visitation and custody to be inserted in the order. As so modified, the order is affirmed, without costs. No opinion.

Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.  Settle order on notice.  [See *post*, p. 808.]